# EXHIBIT B

**Example Restaurants Where MCB Goods May Be Enjoyed**

- Toria - Northville
- Oakwood Proper - Traverse City
- Beard's Brewery - Petoskey
- The HUB Stadium - Novi & Auburn Hills
- Ludington Bay Brewery - Ludington
- MeXo - Grand Rapids
- Bistro Bella Vita - Grand Rapids
- Selden Standard -  Detroit
- The Windjammer - Lexington
- Cork and Gable - Detroit
- Marrow - Detroit
- Rare Bird Brewpub - Traverse City
- Rockford Brewing Company - Rockford
- The Derby Tavern - Hudsonvile
- MI Table - Bay City
- Saugatuck Brewing - Douglas & Kalamazoo
- Westside Social - Grand Rapids
- Lily's Seafood Grill & Brewery - Royal Oak
- Cannonsburg Ski Area - Belmont
- Kent Country Club - Grand Rapids
- Egypt Valley Country Club - Ada
- Alebird - Byron Center
- Terrain - Bellaire
- Leland Lodge - Leland
- The Good Bowl - Traverse City
- Tripelroot - Zeeland
- Phils Bar and Grill - Saugatuck
- Knot Just A Bar - Omena
- Little Traverse Inn - Glen Arbor
- Michigan On Main Bavarian Inn - Frankenmuth
- Traveler's Cafe and Pub - Kalamazoo
- Turnstiles - Grand Rapids
- Michaels Steakhouse - Indian River
- The Old Schillelagh - Detroit
- Commerce Public House - Commerce Twp
- Zerbos Market & Bistro - Commerce Twp
- Isabels Market & Eatery - Douglas
- Fulton Street Pub & Grill - Grand Rapids
- Café Navarre    South Bend